# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

IN RE:                                                              **CASE NO.: 12-20079-GLT**
                                                                             **CHAPTER 13**

**Paul G. Moyer,**

   **Debtor,**

**Sharon A. Moyer,**

   **Joint Debtor.**

_____/

## PROOF AND CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on March 5, 2018, I electronically served a true and correct copy of Order Granting Motion to Reopen and Request to Restrict, Document No. 165, with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing was served on this day by either United States Mail or electronic mail through the CM/ECF system to the parties listed below:

ATTORNEY NAGURNEY COTTAGE
12063 MIDWAY DRIVE
CONNEAUT LAKE, PA  16316

PAUL G. MOYER
563 BUENA VISTA ROAD
KARNS CITY, PA  16041-1503

SHARON A. MOYER
563 BUENA VISTA ROAD
KARNS CITY, PA  16041-1503

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA  15219

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA  15222

Robertson, Anschutz & Schneid, PL
6409 Congress Avenue, #100
Boca Raton, FL 33487
Tel: (561) 241-6901
Fax: (561) 241 -1969
By: /s/ Kevin Buttery
Kevin Buttery, Esquire
PA I.D. 319438
kbuttery@rascrane.com

17-063383 - SaW